UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-01694-GAP-LHP

HOWARD COHAN,

Plaintiff,

v.

MILLER'S ALE HOUSE, INC., etc.,

Defendant.
_______________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Howard Cohan, and Defendant, Miller's Ale House, Inc., (collectively, the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted,

SCONZO LAW OFFICE, P.A.

By: */s/ Gregory S. Sconzo*
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
greg@sconzolawoffice.com
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940

*Attorneys for Plaintiff*

FORD & HARRISON, LLP

By: */s/ Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No.: 308102
mlindberg@fordharrison.com
1450 Centrepark Blvd, Suite 325
West Palm Beach, FL 33401
Telephone: (561) 345-7505

Todd S. Aidman, Esq.
Florida Bar No. 173029
Email: taidman@fordharrison.com
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.