**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

Plaintiff,

v. Case No: 6:22-cv-1694-GAP-LHP

MILLER'S ALE HOUSE, INC.,

Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Joint Notice of Settlement (Doc. 9), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 15, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties