UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-01694-GAP-LHP

HOWARD COHAN,

Plaintiff,

v.

MILLER'S ALE HOUSE, INC., etc.,

Defendant.
______________________________/

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan, and Defendant, Miller's Ale House, Inc., (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant, Miller's Ale House, Inc.; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

SCONZO LAW OFFICE, P.A.

By: */s/ Gregory S. Sconzo*
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
greg@sconzolawoffice.com
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940

*Attorneys for Plaintiff*

FORD & HARRISON, LLP

*/s/ Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No. 308102
mlindberg@fordharrison.com
1450 Centrepark Blvd., Suite 325
West Palm Beach, FL 33401
Telephone: (561) 345-7505

Todd S. Aidman, Esq.
Florida Bar No. 173029

Email: taidman@fordharrison.com
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Gregory S. Sconzo, Esq., Sconzo Law Office, 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, FL 33410; email: greg@sconzolawoffice.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No. 308102